# SYNOPSIS – COMPLAINT

## U.S. v. Kyle Fitzsimons
## Case No. 2:21-mj-00028-JHR
## (Case No. 1:21-mj-00190 in originating district)

| | |
|---|---|
| **Name:** | Kyle Fitzsimons |
| **Address:** (City & State Only) | Lebanon, Maine |
| **Year of Birth and Age:** | 1983 (37 years old) |
| **Violations:** | Count 1: Knowingly entering or remaining in a restricted building or grounds without lawful authority. 18 U.S.C. § 1752(a)(4)<br><br>Count 2: Violent entry and disorderly conduct on U.S. Capitol Grounds. 40 U.S.C. § 5104(e)(2)(F)<br><br>Count 3: Assault on a federal officer. 18 U.S.C. § 111(a)(1)<br><br>Count 4: Attempt to obstruct law enforcement during a civil disorder. 18 U.S.C. § 231(a)(3) |
| | Count 1: Class A misdemeanor. Not more than 1 year imprisonment, and/or not more than a $100,000 fine. 18 U.S.C. § 1752(b)(2)<br><br>Count 2: Class B misdemeanor. Not more than 6 months imprisonment, and/or not more than a $5,000 fine. 40 U.S.C. § 5109(b)<br><br>Count 3: Class D felony. Not more than 8 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 111(a) |

|  | Count 4: | Class D felony. Not more than 5 years imprisonment, and/or not more than a $250,000 fine.<br>18 U.S.C. § 231(a) |
|---|---|---|
| **Supervised Release:** | Count 1: | 1 year.<br>18 U.S.C. § 3583(b)(3) |
|  | Count 2: | N/A. |
|  | Counts 3, 4: | 3 years.<br>18 U.S.C. § 3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: | Not more than 1 year.<br>18 U.S.C. § 3583(e)(3). |
|  | Count 2: | N/A. |
|  | Counts 3, 4: | Not more than 2 years.<br>18 U.S.C. § 3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Count 1: | 1 year, less any term of imprisonment imposed upon revocation.<br>18 U.S.C. § 3583(h) |
|  | Count 2: | N/A |
|  | Counts 3, 4: | 3 years, less any term of imprisonment imposed upon revocation.<br>18 U.S.C. § 3583(h) |
| **Defendant's Attorney:** | TBD | |
| **Primary Investigative Agency and Case Agent Name:** | FBI<br>TFO Kyle A. Kassa | |
| **Detention Status:** | Defendant was arrested on February 4, 2021. Detention motion to be filed. | |
| **Foreign National:** | No | |
| **Foreign Consular Notification Provided:** | N/A | |
| **County:** | N/A (District of Columbia) | |

| | |
|---|---|
| **AUSA:** | Craig M. Wolff |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | Count 1:    $25. 18 U.S.C. § 3013(a)(1)(A)(iii)<br><br>Count 2:    $10. 18 U.S.C. § 3013(a)(1)(A)(ii)<br><br>Counts 3, 4:    $100 per count. 18 U.S.C. § 3013(a)(2)(A) |