# United States District Court
## District of Maine

UNITED STATES OF AMERICA

v.

KYLE FITZSIMONS,

        Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

No. 2:21-mj-00028-JHR

It is **ORDERED** that a detention hearing and, absent waiver, preliminary examination in this matter is continued to Thursday, February 11, 2021, at 1 p.m. before John H. Rich III, United States Magistrate Judge, 156 Federal Street, Portland, Maine. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: February 5, 2021.

                                              /s/ John H. Rich III
                                              John H. Rich III
                                              United States Magistrate Judge